IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Leonardo Barnett,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-3356-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, August 26, 2011, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed April 1, 2011 [Doc. 8]; the *Brief For Defendant*, filed May 16, 2011[Doc.9]; and the *Plaintiff's Reply Brief*, filed June 9, 2011 [Doc. 10]. For the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on August 26, 2012. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

    */s/ John T. Maughmer*
    **JOHN T. MAUGHMER**
    **U. S. MAGISTRATE JUDGE**