# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Leonardo Barnett,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No. 10-3356-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 24, 2011 [Doc. 16]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 24, 2011 [Doc. 16] is **GRANTED** and plaintiff is awarded attorney fees under the EAJA in the amount of $5,693.20.

                                                 */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**